UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Wendell N Calloway | Case No.: 20-14119 |
| | Adversary No.: ___ _____ |
| Debtor | Chapter: 13 |
| | Judge: Patricia M Mayer |

**CHANGE OF ADDRESS**

**Creditor Name:** Santander Bank, N.A.

Old Mailing Address:

450 Penn Street
MC: 10-421-MC3
Reading, PA 19602

New Mailing Address:

1130 Berkshire Boulevard
MC: PA-WYO-BKR2
Wyomissing, PA 19610

Date: 01/30/2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
Wendell N Calloway

Chapter #13  
Case No. 20-14119  
Honorable Patricia M Mayer

Debtor

_____/

## CERTIFICATE OF SERVICE

    I, Melissa A. Epler, of Santander Bank, N.A., do hereby certify that on January 31, 2025, I caused to be served a copy of the Notice of Change of Address on the service list below by having a copy of the same mailed by first class mail, postage prepaid or other method specified on service list. Signed under the penalties of perjury, this 31st day of January 2025.

_____  
Melissa A. Epler  
Santander Bank, N.A.  
Bankruptcy Administrator  
1130 Berkshire Boulevard  
Wyomissing, PA 19610  
(484) 512-3552  
Email: DeftBkr@santander.us

VIA US MAIL  
Wendell Calloway  
6113 Christian St  
Philadelphia, PA 19143

VIA ECF  
Kenneth E West  
1234 Market St Ste 1813  
Philadelphia, PA 19107

Michael A Cibik  
mail@cibiklaw.com