UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | WENDELL CALLOWAY | CASE NO: | 20-14119 |
| | | CHAPTER: | Chapter 13 |

    Debtors

**<u>Change of address – Payment for Creditor</u>**

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

| Old Notifications address | New Notifications address |
|---|---|
| Old payment address<br>Wells Fargo Auto<br>PO Box 17900<br>Denver, CO 80217–0900 | New payment address<br>Wells Fargo Auto<br>PO Box 51963<br>Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: BKChapter13@WellsFargo.com


07/22/2025                                          /s/Brian McKee
                                                             Lead Loan Servicing Representative
                                                              Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

CERTIFICATE OF SERVICE

Eastern District of Pennsylvania (Philadelphia)

| | | | |
|---|---|---|---|
| IN RE: | WENDELL CALLOWAY | CASE NO: | 20-14119 |
| | | CHAPTER: | Chapter 13 |
| | Debtors | | |

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 07/22/2025, I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
Brian McKee
Lead Loan Servicing Representative

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

07/22/2025                                  /s/ Brian McKee
                                            Lead Loan Servicing Representative
                                            Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto