IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WENDELL N. CALLOWAY

**Debtor**

CHAPTER 13

BANKRUPTCY NO. 20-14119-PMM

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, Chapter 13 Standing Trustee, and certifies that he served the attached Chapter 13 Standing Trustee's Notice of Final Cure Payment and Completion of Payments Under the Plan on the following parties:

A. at the address(es) listed below by first class mail, postage prepaid:

Debtor

    WENDELL N. CALLOWAY
    6113 CHRISTIAN STREET
    PHILADELPHIA, PA 19143

B. and by electronic service only:

Creditor

    SN SERVICING CORPORATION
    323 FIFTH ST
    EUREKA, CA 95501

Debtor's Attorney

    CIBIK LAW, P.C.
    MICHAEL A. CIBIK, ESQ.
    1500 WALNUT STREET
    SUITE 900
    PHILADELPHIA, PA 19102

Dated: 9/16/2025

/s/ Kenneth E. West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee