United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-14119-pmm
Wendell N. Calloway  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Sep 17, 2025      Form ID: 138OBJ      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wendell N. Calloway, 6113 Christian Street, Philadelphia, PA 19143-2901 |
| 14554469 | + | Aimee Boettcher, Esq., 12800 Townsend Road, Philadelphia, PA 19154-1003 |
| 14575178 | + | Attorneys for SN Servicing Corporation, as servicer for U.S. Bank Trust, 85 Broad Street, Suite 501, New York, New York 10004-1734 |
| 14554479 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14554483 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |
| 14643579 | | Santander Bank, PO BOX 847051, Boston, MA 02284-7051 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2025 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14585110 | | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14570192 | | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14554472 | | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14554473 | | Email/Text: megan.harper@phila.gov | Sep 18 2025 00:25:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14554470 | + | Email/Text: ecf@ccpclaw.com | Sep 18 2025 00:24:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14554474 | + | Email/Text: bankruptcy@philapark.org | Sep 18 2025 00:25:00 | City of Philadelphia, Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14554475 | | Email/Text: bankruptcycourts@equifax.com | Sep 18 2025 00:24:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14554476 | ^ | MEBN | Sep 18 2025 00:15:27 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14554477 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2025 00:24:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14564977 | + | Email/Text: bankruptcy@sccompanies.com | Sep 18 2025 00:25:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14554478 | + | Email/Text: bankruptcy@sccompanies.com | Sep 18 2025 00:25:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 14551523 | | Email/Text: CollectionsDept@PFCU.COM | Sep 18 2025 00:24:00 | Philadelphia Federal Credit Union, 12800 Townsend Rd, Phila.,PA 19154 |
| 14554484 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2025 00:31:03 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfold, VA 23502 |
| 14567527 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 18 2025 00:29:30 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14554480 | | Email/Text: bankruptcygroup@peco-energy.com | Sep 18 2025 00:24:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14554481 | + | Email/Text: CollectionsDept@PFCU.COM | Sep 18 2025 00:24:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14554482 | + | Email/Text: bankruptcy@philapark.org | Sep 18 2025 00:25:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14554486 | | Email/Text: bknotices@snsc.com | Sep 18 2025 00:25:00 | SN Servicing, P.O.. Box 35, 323 5th Street, Eureka, CA 95501 |
| 14575469 | | ^ MEBN | Sep 18 2025 00:15:43 | SN Servicing Corporation, C/O LORRAINE GAZZARA DOYLE, Friedman Vartolo, LLP, 1325 Franklin Avenue, Ste. 230, Garden City, NY 11530-1631 |
| 14554485 | + | Email/Text: DeftBkr@santander.us | Sep 18 2025 00:24:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-FD7 601 Penn St, Reading, PA 19601-3563 |
| 14561216 | + | Email/Text: DeftBkr@santander.us | Sep 18 2025 00:24:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 14565185 | | ^ MEBN | Sep 18 2025 00:16:08 | Santander Bank, N.A., C/O THOMAS A. CAPEHART, 33 South 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14554487 | | Email/Text: DASPUBREC@transunion.com | Sep 18 2025 00:24:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14582448 | | ^ MEBN | Sep 18 2025 00:15:28 | U.S. Bank Trust National Association,, as Trustee Dwelling Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14558202 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 18 2025 01:11:02 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 169005, Irving, TX 75016-9005 |
| 15031895 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 18 2025 01:11:19 | Wells Fargo Bank, NA, PO BOX 51963, Los Angeles, CA 90051-6263 |
| 14554488 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 18 2025 00:30:04 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14554471 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 17, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2025                           Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, jkacsur@grossmcginley.com;jpraedin@grossmcginley.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust bkecf@friedmanvartolo.com |
| MICHAEL A. CIBIK | on behalf of Debtor Wendell N. Calloway help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROGER FAY | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Dwelling Series IV Trust rfay@alaw.net, bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 62 − 60

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
    Wendell N. Calloway )    Case No. 20−14119−pmm
)
)
    Debtor(s). )    Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    Eastern District of Pennsylvania
    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 17, 2025                For The Court

                                            Mohung Wong
                                            Clerk of Court